**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Ramesh Kapur

Appellate case number:   01-19-00075-CV

Trial court case number: 1121865

Trial court:             County Civil Court at Law No. 4 of Harris County

Relator, Ramesh Kapur, has filed a petition for a writ of mandamus, seeking to "compel the trial court to withdraw its [o]rder for [s]anctions" or stay enforcement of the order. Relator's request for a stay of the sanctions order is **granted**. The portion of the trial court's January 25, 2019 order that provides that "Ramesh Kapur, in his Individual Capacity, shall be responsible for payment of the sum $13,081.80 in sanctions" payable to "Elizabeth Burkhardt, Attorney" by 5:00 p.m. on January 31, 2019 is stayed. The stay is effective until disposition of relator's petition for a writ of mandamus or further order of this Court.[1] The petition for a writ of mandamus remains pending.

The Court requests a response to the petition for a writ of mandamus from real parties in interest. The response, if any, is due no later than 20 days from the date of this order.

It is so ORDERED.


Judge's signature: /s/ Julie Countiss
                   ☑ Acting individually     ☐ Acting for the Court

Date: __January 31, 2019__

---

[1]     This order does not preclude the trial court from reconsidering its sanctions order.